# ALBERT V. ALVAREZ, CSR, RMR
Official Court Reporter
345th Judicial District Court
P.O. Box 1748
Austin, Texas 78767
(512)854-9373

September 1, 2015

Mr. Jeff Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE: Trial Court Cause No.: D-1-GN-14-004694; COA No. 03-15-00374-CV

Dear Mr. Kyle,

Please be advised that I will not be filing a Reporter's Record in the above-numbered cause as I did not report the hearing, nor did anyone in my absence. Thank you very much for your kind attention to this matter. Please do not hesitate to contact me if you need further information from me. Thank you.

Sincerely yours,

Albert V. Alvarez